Dismissed and Memorandum Opinion filed May 24, 2007








Dismissed
and Memorandum Opinion filed May 24, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00896-CV

____________

 

MARVIN DENNIS FRENCH,
Appellant

 

V.

 

CHARLENE J. FRENCH,
Appellee

 



 

On Appeal from the 257th District
Court

Harris County, Texas

Trial Court Cause No.
2002-60241

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed October 6, 2006.  The clerk=s record was filed on November 8,
2006.  The reporter=s record was filed January 10, 2007.  Appellant=s brief was originally due on
February 9, 2007.  Two extensions of time to file appellant=s brief were granted.  On April 5,
2007, a third motion for extension was denied by order issued.  The order stated
that the court would dismiss the appeal for want of prosecution unless
appellant filed a brief on or before April 26, 2007.  No brief was filed. 








On the
date the brief was due, appellant filed a fourth motion for extension.  We deny
the motion, and in accordance with our order of April 5, 2007, we order the
appeal dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 24,
2007.

Panel consists of Justices Yates, Edelman, and
Seymore.